## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ORION REFINING CORPORATION | : | Case No. 03-11483 (MFW) |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| In re: | : | Adversary Proceeding No. 04-52447 |
| | : | (MFW) |
| | : | |
| FLUOR ENTERPRISES, INC. | : | |
| | : | [Parallel Contested Matter Under Fed.R. |
| Plaintiff | : | Bankr. P. 9024 and Fed.R. Bank. P |
| | : | 60(b)] |
| | : | |
| v. | : | |
| | : | |
| ORION REFINING CORP., CYPRESS, | : | |
| ASSOCIATES, LLC AS ORC | : | |
| DISTRIBUTION TRUST | : | |
| REPRESENTATIVES | : | |
| | : | |
| Defendant | : | |
| | : | |
| ORION REFINING CORPORATION | : | |
| | : | |
| Counter-Defendant | : | |
| | : | |
| v. | : | |
| | : | |
| FLUOR ENTERPRISES, INC., | : | |
| | : | |
| Counter-Defendant | : | |
| _____ | : | |

### CROSS-APPELLANT FLUOR ENTERPRISES, INC.'S DESIGNATION
### OF RECORD AND STATEMENT OF ISSUES ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Fluor

Enterprises, Inc. ("Fluor" or "Appellant") by and through its undersigned counsel, hereby

designates the following items for inclusion in the record and states the issues to be

presented on appeal from the Bankruptcy Court's Order, dated May 9, 2006 and entered

Document #54780
WCSR 3680533v2

by the Court on May 10, 2006 (D.I. 69), Opinion, dated May 9, 2006 and entered by the

Court on May 10, 2006 (D.I. 68) and the Bankruptcy Court's Order, dated july 20, 2007

and entered by the Court on July 20, 2007 (D.I. 1912; A.D.I. 137).

## I.    Designation of Record on Appeal

Fluor designates the following record items from Adversary Proceeding No. 04-

52447 (MFW):

| Date | Docket Nos. | Record Items |
|---|---|---|
| 02/04/2004 | 1 | Complaint by Fluor Enterprises, Inc. against Orion Refining Corporation (with attachments) |
| 02/04/2004 | 3 | Summons and Notice of Pretrial Conference |
| 03/05/2004 | 4 | Answer and Counterclaims of Orion Refining Corporation against Fluor Enterprises, Inc., filed by Orion Refining Corporation |
| 03/08/2004 | 5 | Initial Scheduling Order |
| 03/25/2004 | 6 | Answer of Fluor Enterprises, Inc. to Counterclaims, filed by Fluor Enterprises |
| 04/13/2004 | 9 | Motion for Partial Summary Judgment filed by Orion Refining Corporation (with attachments) |
| 04/13/2004 | 10 | Defendant's Opening Brief in Support of Its Motion for Partial Summary Judgment, filed by Orion Refining Corporation (with attachments) |
| 04/13/2004 | 11 | Affidavit of Richard S. Rayzor filed by Orion Refining Corporation |
| 04/13/2004 | 12 | Affidavit of Eric E. Bluth filed by Orion Refining Corporation |
| 04/22/2004 | 13 | Stipulation Extending Time to Answer Motion For Partial |

WCSR 3680533v2

| Date | Docket Nos. | Record Items |
|---|---|---|
| | | Summary Judgment between Fluor Enterprises, Inc. and Orion Refining Corporation, filed by Fluor Enterprises, Inc. |
| 05/12/2006 | 14 | Notice of Lis Pendens (with attachments), filed by Fluor Enterprises, Inc. |
| 05/14/2004 | 15 | Fluor Enterprises, Inc.'s Motion to Strike the Affidavits of Richard S. Rayzor and Eric E. Bluth in Support of Defendant's Motion for partial Summary Judgment, filed by Fluor Enterprises, Inc. |
| 05/14/2004 | 16 | Fluor Enterprises, Inc.'s Opening Brief In Support of Its Motion to Strike, filed by Fluor Enterprises, Inc. (with attachments) |
| 05/14/2004 | 18 | Fluor's Motion for Partial Summary Judgment, filed by Fluor Enterprises, Inc. |
| 05/14/2004 | 19 | Memorandum of Law in Support of Fluor Enterprises, Inc.'s Motion for Partial Summary Judgment, filed by Fluor Enterprises, Inc. (with attachments) |
| 05/14/2004 | 20 | Plaintiff's Answering Brief in Opposition to Defendant's Motion for Partial Summary Judgment, filed by Fluor Enterprises, Inc. (with attachments) |
| 05/27/2004 | 21 | Amended Brief in Opposition to Defendant's Motion for Partial Summary Judgment, filed by Fluor Enterprises, Inc. (with attachments) |
| 06/18/2004 | 25 | Defendant's Reply Brief in Support of Its Motion for Partial Summary Judgment and Answering Brief in Response to Plaintiff's Motion for Partial Summary Judgment, filed by Orion Refining Corporation |
| 06/18/2004 | 26 | Affidavit of Steven L. Victor—filed by Orion Refining Corporation (with attachments) |
| 06/18/2004 | 27 | Supplemental Affidavit of Eric E. Bluth – filed by Orion |

3

| Date | Docket Nos. | Record Items |
|---|---|---|
|  |  | Refining Corporation |
| 06/18/2004 | 28 | Supplemental Affidavit of Richard S. Rayzor, filed by Orion Refining Corporation (with Attachments) |
| 06/18/2004 | 29 | Defendants Response to Fluor Enterprises, Inc.'s Motion to Strike, filed by Orion Refining Corporation (with attachments) |
| 07/20/2004 | 33 | Amended Affidavit of Daniel Stinger in Support of Plaintiff's Amended Answering Brief in opposition to Defendant's Motion for Partial Summary Judgment, filed by Fluor Enterprises, Inc. |
| 07/20/2004 | 34 | Reply Brief in Support of Its Motion for Summary Judgment, filed by Fluor Enterprises, Inc. (with attachments) |
| 10/18/2004 | 43 | Scheduling Order (Amended and Stipulated) signed on 10/14/2004. |
| 06/15/2005 | 49 | Order Reassigning Adversary Proceedings to the Honorable Mary F. Walrath. |
| 07/28/2005 | 54 | Order (Third Amended Stipulated Scheduling). |
| 10/13/2005 | 57 | Order Approving Stipulation to Reassign Certain Contested Matter and Adversary Proceedings to the Honorable Mary F. Walrath and Granting Related Relief. |
| 03/03/2006 | 62 | Order Approving Fourth Amended Stipulated Scheduling Order |
| 03/09/2006 | 63 | Order Approving Stipulation to Reassign Certain Contested Matter and Adversary Proceedings to the Honorable Mary F. Walrath and Granting Related Relief. |
| 04/06/2006 | 65 | Notice of Agenda of Matters Scheduled of April 10, 2006 Hearing |

WCSR 3680533v2

| Date | Docket Nos. | Record Items |
|---|---|---|
| 05/10/2006 | 68 | Opinion Granting Debtor Orion Refining Corp.'s Motion for Partial Summary Judgment and Denying Fluor Enterprises, Inc.'s Motion for Partial Summary Judgment |
| 05/10/2006 | 69 | Order Granting Debtor Orion Refining Corp.'s Motion for Partial Summary Judgment and Denying Fluor Enterprises, Inc.'s Motion for Partial Summary Judgment |
| 05/19/2006 | 71 | Notice of Appeal (AP-06-39) filed by Fluor Enterprises, Inc. (with attachments) |
| 05/19/2006 | 72 | Receipt of filing fee for Notice of Appeal |
| 09/06/2006 | 79 | Cypress Associated. LLC, as ORC Distribution Representative's Motion Pursuant To Rule 7054(A) For Express Direction For The Entry Of Judgment And Express Determination That There Is No Just Reason For Delay |
| 09/06/2006 | 80 | Cypress Associated. LLC, as ORC Distribution Representative's Opening Brief in Support of Motion Pursuant To Rule 7054(A) For Express Direction For The Entry Of Judgment And Express Determination That There Is No Just Reason For Delay |
| 10/02/2006 | 81 | Fluor Enterprises, Inc.'s Brief in Opposition to Orion Refining Corporation's Motion Pursuant to Rule 7054(a) for the Express Direction for the Entry of Judgment and Express Determination That There is No Just Reason for Delay |
| 10/16/2006 | 82 | Cypress Associated. LLC, as ORC Distribution Representative's Reply Brief In Support Of Motion Pursuant To Rule 7054(a) For The Express Direction For The Entry Of Judgment And Express Determination That There Is No Just Reason For Delay |
| 11/21/2006 | 86 | Memorandum Opinion Denying Motion for Express Determination That There is No Just Reason for Delay in Entry of Final Judgment on Counts I and IV of the |

WCSR 3680533v2

| Date | Docket Nos. | Record Items |
|---|---|---|
|  |  | Complaint of Fluor Enterprises, Inc. |
| 11/21/2006 | 87 | Order Denying Motion for Express Determination That There is No Just Reason for Delay in Entry of Final Judgment on Counts I and IV of the Complaint of Fluor Enterprises, Inc. |
| 04/23/2007 | 114 | Proposed Pretrial Order Regarding Claim of Fluor Enterprises, Inc. |
| 05/02/2007 | 119 | Joint Pretrial Order (Amended) Regarding Claim of Fluor Enterprises, Inc. |
| 06/06/2007 | 126 | Transcript of Motion Hearing and Trial Before Honorable Mary F. Walrath, Held on May 7, 2007 |
| 06/06/2007 | 127 | Transcript of Motion Hearing and Trial Before Honorable Mary F. Walrath, Held on May 8, 2007 |
| 06/06/2007 | 128 | Transcript of Motion Hearing and Trial Before Honorable Mary F. Walrath, Held on May 9, 2007 |
| 06/19/2007 | 129 | Findings of Fact and Conclusions of Law and Order [Proposed By Fluor Enterprises, Inc.] |
| 06/19/2007 | 130 | Proposed Findings Of Fact And Conclusions Of Law Filed by Cypress Associates, LLC, as ORC Distribution Trust Representative, Orion Refining Corporation |
| 07/05/2007 | 133 | Orion Refining Corporation's Reply Brief To Fluor Enterprises, Inc.'s Proposed Findings Of Fact And Conclusions Of Law |
| 07/05/2007 | 134 | Response by Fluor Enterprises, Inc. to ORC distribution Trust's Proposed Findings of Fact and Conclusions of Law |
| 07/20/2007 | 135 | Findings of Fact |
| 07/20/2007 | 136 | Opinion Granting Fluor Enterprises, Inc.'s Motion for Relief Previously entered Critical Fire and Trade Vendor |

6

| Date | Docket Nos. | Record Items |
|---|---|---|
| | | Orders |
| 07/20/2007 | 137 | Order GRANTING Fluor Enterprises, Inc.'s Motion for Relief from Previously entered Critical Fire and Trade Vendor Orders |
| 07/30/2007 | 138 | Motion Of Cypress Associates, LLC, As ORC Distribution Trust Representative, For An Order (I) Granting Reconsideration, In Part, Of The Court's Findings Of Fact, Opinion And Order, Each Dated July 20, 2007, And (II) Upon Reconsideration, (A) Vacating That Portion Of The Opinion And Order Authorizing Fluor Enterprises, Inc. To Recover Pre-Judgment Interest And (B) Granting Related Relief |
| 07/30/2007 | 139 | Notice of Appeal (#BAP-07-82) Filed by Cypress Associates, LLC, as ORC Distribution Trust Representative |
| 08/09/2007 | 144 | Statement Of Appellant Cypress Associates, LLC, As The ORC Distribution Trust Representative, Concerning Timing Of Filing And Service Of Its Designation Of The Items To Be Included In The Record On Appeal And Statement Of The Issues To Be Presented |
| 08/09/2007 | 145 | Cross Appeal (#BAP-07-85) by Fluor Enterprises, Inc. |
| 08/13/2007 | 147 | Motion to Intervene (A) in Adversary Proceeding No. 04-52447 and (B) in Motion by Fluor Enterprises, Inc. Filed June 3, 2004 for Relief from Previously Entered Critical Fire and Trade Vendor Orders Filed by Development Specialists, Inc. |
| 08/13/2007 | 148 | Brief of Movants, Development Specialists, Inc. and Steven L. Victor, in Support of Motion to Intervene (A) in Adversary Proceeding No. 04-52447 and (B) in Motion by Fluor Enterprises, Inc. Filed June 3, 2004 for Relief from Previously Entered Critical Fire and Trade Vendor Orders |
| 08/13/2007 | 151 | Fluor Enterprise, Inc.'s Response to Motion of Cypress |

7

WCSR 3680533v2

| Date | Docket Nos. | Record Items |
|------|-------------|--------------|
| | | Associates, LLC, as ORC Distribution Trust Representative for an Order 9I) Granting Reconsideration, in Part, of the Court's Findings of Fact, Opinion and Order, Each Dated July 20, 2007 and (II) upon Reconsideration, (A) Vacating that Portion of the Opinion and Order Authorizing Fluor Enterprises, Inc. to Recover Pre-Judgment Interest and (B) Granting Related Relief |
| 07/20/2007 | 137 | Order Granting Fluor Enterprises, Inc.'s Motion for Relief from Previously entered Critical Fire and Trade Vendor Orders |
| 07/30/2007 | 139 | Notice of Appeal 9#BAP-07-82) filed by Cypress Associates, LLC, as ORC Distribution Trust Representative (with attachments) |
| 08/02/2007 | 142 | Clerk's Notice Regarding Filing of Appeal |
| 08/09/2007 | 144 | Statement of Appellant Cypress Associates, LLC, as the ORC Distribution Trust Representative, Concerning Timing of Filing and Service of its Designation of the Items to be Included in the Record on Appeal and Statement of issues to be Presented |
| 08/09/2007 | 145 | Cross Appeal (#BAP-07-85) filed by Fluor Enterprises, Inc. |
| 08/13/2007 | 150 | Clerk's Notice Regarding Filing of Cross Appeal (#BAP-07-85) |
| 08/14/2007 | 152 | Receipt of Filing Fee for Cross Appeal |

WCSR 3680533v2

Fluor designates the following record items from the main bankruptcy proceeding, No. 03-11483(MFW):

| Date | Docket Nos. | Record Items |
|---|---|---|
| 05/14/2003 | 13 | Motion to Pay Critical Trade Vendor Claims Debtor's Motion for Authority to Pay Prepetition Obligations of Certain Critical Vendors and Service Providers Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code filed by Orion Refining Corporation |
| 05/14/2003 | 14 | Motion to Pay Critical Trade Vendor Claims Debtor's Motion for Authority to Pay Certain Fixed, Liquidated and Undisputed Prepetition Claims of Fire Vendors, Mechanics and Materialmen filed by Orion Refining Corporation |
| 05/15/2003 | 37 | Order Authorizing the Debtor to Pay Prepetition Obligations of Certain Critical Vendors and Service Providers Pursuant to 11 U.S.C. Sections 105(a) and 363(b) signed in Court on 5/15/2003 |
| 05/15/2003 | 38 | Order Authorizing the Debtor to Pay Certain Fixed, Liquidated and Undisputed prepetition Claims of Fire Vendors and Mechanics and materialmen Pursuant to 11 U.S.C. Sections 105(a) and 363(b) signed in Court on 5/15/2003 |
| 06/02/2003 | 156 | Response to Debtor's Motion for Authority to Pay Certain Fixed, Liquidated and Undisputed Prepetition Claims of Fire Vendors, Mechanics and Materialmen, filed by Fluor Enterprises, Inc. |
| 06/02/2003 | 157 | Limited Objection to Final Order (I) Authorizing Debtor in Possession to (A) Obtain Postpetition Financing From General Electric Capital Corporation, as Agent, Pursuant to 11 U.S.C. Sections 105, 361, 362, 364(c)(1), 364(c)(2) 364(c)(3) and 364(d)(1), and (B) Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363, (II) Granting Liens and Super-Priority Claims, and (III) Granting Adequate Protection to Prepetition Secured Lenders (related |

9

WCSR 3680533v2

| Date | Docket Nos. | Record Items |
|------|-------------|--------------|
| | | document 41) signed in Court, filed by Fluor Enterprises, Inc. |
| 06/05/2003 | 204 | Final Order Authorizing the Debtor to Pay Prepetition Obligations of Certain Critical Vendors and Service Providers -Order Signed in Court on 6/5/2003 |
| 06/05/2003 | 205 | Final Order Authorizing the Debtor to Pay Certain Fixed, Liquidated and Undisputed Prepetition Claims of Fire Vendors, Mechanics and Materialmen -Order Signed in Court on 6/5/2005 |
| 06/06/2003 | 245 | Transcript of Hearing held on May 15, 2003 |
| 06/20/2003 | 300 | Transcript of Hearing held on June 5, 2003 |
| 06/03/04 | 1283 | Motion for Relief from Previously Entered Critical Fire and Trade Vendor Orders, filed by Fluor Enterprises, Inc. (with attachments) |
| 06/03/2004 | 1285 | Motion to Allow Application Of Fluor Enterprises, Inc. To Transfer Adjudication Of Fluor Enterprises, Inc.'s Motion For Relief From Previously Entered Critical Fire And Trade Vendor Orders To The Honorable Mary F. Walrath, filed by Fluor Enterprises, Inc. |
| 06/17/2004 | 1314 | Objection Of Orion Refining Corporation To Application Of Fluor Enterprises, Inc. To Transfer Adjudication Of Fluor Enterprises, Inc.'s Motion For Relief From Previously Entered Critical Fire And Trade Vendor Orders To The Honorable Mary F. Walrath, filed by Orion Refining Corporation |
| 09/24/2004 | 1486 | Transcript of hearing held on September 14, 2004 before the Honorable Charles G. Case, II |
| 06/06/2006 | 1788 | Objection to Fluor Enterprises, Inc.'s Motion for Relief from Previously Entered Critical Fire and Trade Vendor Orders Filed by Cypress Associates, LLC, as ORC Distribution Trust Representative |

WCSR 3680533v2

| Date | Docket Nos. | Record Items |
|---|---|---|
| 07/03/2006 | 1794 | Reply to Opposition of ORC Distribution Trust to Motion by Fluor Enterprises, Inc. for Relief from Previously Entered Critical Fire Vendor and Trade Vendor Orders and Request for Comprehensive Scheduling Order Filed by Fluor Enterprises, Inc. |
| 07/13/2006 | 1802 | Transcript Of Hearing Before The Honorable Mary F. Walrath, Held on July 7, 2006 |
| 07/19/2006 | 1804 | Certification of Counsel Regarding Order Relating to Fluor Enterprises, Inc.'s Motion for Relief From Previously Entered Critical Fire and Trade Vendor Orders Filed by Fluor Enterprises, Inc. |
| 07/19/2006 | 1805 | Certification of Counsel Regarding The Debtor's Proposed Order Relating To Fluor Enterprises, Inc.'s Motion For Relief From Previously Entered Critical Fire And Trade Vendor Orders Filed by ORC Distribution Representative |
| 07/20/2006 | 1806 | Reply to Debtor's Certification of Counsel Regarding the Debtor's Proposed Order Relating to Fluor Enterprises, Inc.'s Motion for Relief From Previously Entered Critical Fire and Trade Vendor Orders Filed by Fluor Enterprises, Inc. |
| 07/27/2006 | 1811 | Order (REVISIONS BY THE COURT) Relating to Fluor Enterprises, Inc.'s Motion for Relief From Previously-Entered Critical Fire and Trade Vendor Orders |
| 10/23/2006 | 1833 | Motion For Summary Judgment Filed by Fluor Enterprises, Inc. |
| 11/22/2006 | 1837 | Brief in Opposition to the Motion by Fluor Enterprises, Inc. for Summary Judgment Filed by ORC Distribution Representative |
| 11/22/2006 | 1838 | Affidavit of Thomas W. Briggs, Jr. Regarding Brief in Opposition to the Motion by Fluor Enterprises, Inc. for Summary Judgment Filed by ORC Distribution |

WCSR 3680533v2

| Date | Docket Nos. | Record Items |
|------|-------------|--------------|
| | | Representative |
| 11/22/2009 | 1839 | Affidavit of Steven L. Victor Regarding Motion by Fluor Enterprises, Inc. for Summary Judgment Filed by ORC Distribution Representative |
| 11/22/2006 | 1840 | The Compendium of Unreported Decisions Cited In The ORC Distribution Trust Representative's Brief in Opposition to The Motion By Fluor Enterprises, Inc. for Summary Judgment filed by ORC Distribution Representative |
| 12/05/2006 | 1843 | Reply to Brief in Opposition to Its Motion for Summary Judgment Filed by Fluor Enterprises, Inc. |
| 12/08/2006 | 1845 | Emergency Supplement to Reply to Brief in Opposition to Motion for Summary Judgment, in order to Present Newly Produced Documents Filed by Fluor Enterprises, Inc. |
| 12/08/2006 | 1846 | Affidavit of Kevin J. Mangan Regarding Emergency Supplement to Reply to Brief in Opposition to Motion for Summary Judgment, in order to Present Newly Produced Documents Filed by Fluor Enterprises, Inc. |
| 12/11/2007 | 1847 | Motion for Leave To File Response to Fluor Enterprises' Emergency Supplement to Present Newly Produced Documents Regarding Brief in Opposition to Motion for Summary Judgment Filed by ORC Distribution Representative Hearing |
| 12/18/2006 | 1852 | Order Granting Motion of the ORC Distribution Trust Representative for Leave to File Response to the Emergency Supplement to Reply by Fluor Enterprises, Inc. to Brief in Opposition to Fluor's Motion for Summary Judgment to Present Newly Produced Documents |
| 12/21/2006 | 1854 | Order Denying Motion For Summary Judgment Filed by Fluor Enterprises |

WCSR 3680533v2

| Date | Docket Nos. | Record Items |
|------|-------------|--------------|
| 12/28/2006 | 1856 | Transcript of Hearing held on December 12, 2006 before the Honorable Mary F. Walrath |
| 07/20/2007 | 1910 | Findings of Fact and Conclusions of Law |
| 07/20/2007 | 1911 | Opinion GRANTING Fluor Enterprises, Inc.'s Motion for Relief from Previously entered Critical Fire and Trade Vendor Orders |
| 07/20/2007 | 1912 | Order GRANTING Fluor Enterprises, Inc.'s Motion for Relief from Previously entered Critical Fire and Trade Vendor Orders |
| 07/30/2007 | 1913 | Motion to Approve Order (I) Granting Reconsideration, In Part, Of The Court's Findings Of Fact, Opinion And Order, Each Dated July 20, 2007, And (II) Upon Reconsideration, (A) Vacating That Portion Of The Opinion And Order Authorizing Fluor Enterprises, Inc. To Recover Pre-Judgment Interest And (B) Granting Related Relief Filed by Cypress Associates, LLC, as ORC Distribution Trust Representative |
| 07/30/2007 | 1914 | Notice of Appeal *(BAP-07-81)*. Filed by Cypress Associates, LLC, as ORC Distribution Trust Representative |
| 08/09/2007 | 1917 | Cross Appeal *(BAP-07-84)*. Filed by Fluor Enterprises, Inc. |
| 08/09/2007 | 1919 | Statement Concerning Timing Of Filing And Service Of Designation Of Items To Be Included In The Record On Appeal And Statement Of The Issues To Be Presented Filed by Cypress Associates, LLC, as ORC Distribution Trust Representative |
| 08/13/2007 | 1921 | Motion to Intervene (A) in Adversary Proceeding No. 04-52447 and (B) in Motion by Fluor Enterprises, Inc. Filed June 3, 2004 for Relief from Previously Entered Critical Fire and Trade Vendor Orders Filed by Development Specialists, Inc. |

WCSR 3680533v2

| Date | Docket Nos. | Record Items |
|---|---|---|
| 08/13/2007 | 1922 | Brief in Support of Motion to Intervene (A) in Adversary Proceeding No. 04-52447 and (B) in Motion by Fluor Enterprises, Inc. Filed June 3, 2004 for Relief from Previously Entered Critical Fire and Trade Vendor Orders Filed by Development Specialists, Inc., |
| 08/13/2007 | 1924 | Response to Motion of Cypress Associates, LLC as ORC Distribution Trust Representative, for an Order (I) Granting Reconsideration in Part of the Court's Findings of Fact, Opinion and Order Each Dated July 20, 2007 and (II) Upon Reconsideration (A) Vacating that Portion of the Opinion and Order Authorizing Fluor Enterprises, Inc. to Recover Pre-Judgment Interest and (B) Granting Related Relief Filed by Fluor Enterprises, Inc. |

**II**.    **Statement of Issues**

1.    Whether the Bankruptcy Court erred in granting the Motion for Partial Summary Judgment filed by Orion Refining Corporation.

2.    Whether the Bankruptcy Court erred in denying the Motion for Partial Summary Judgment filed by Fluor Enterprises, Inc.

3.    Whether the Bankruptcy Court erred in ruling that Fluor does not have a claim of privilege under the Louisiana Private Works Act.

4.    Whether the Bankruptcy Court erred in ruling that Fluor waived its claim of privilege under the Louisiana Private Works Act pursuant to section 5.6 of the Master Service Agreement ("MSA").

5.    Whether the Bankruptcy Court erred in ruling that section 5.6 of the MSA is enforceable notwithstanding the Debtors' fraudulent activity.

WCSR 3680533v2

6.      Whether the Bankruptcy Court erred in failing to impose a constructive

trust for the benefit of Fluor.

Respectfully submitted,

                                            Fluor Enterprises, Inc.
                                            By its attorneys,

Dated: August 20, 2007

                                            ____/s/ Francis A. Monaco, Jr.__
                                            Francis A. Monaco, Jr. (#2078)
                                            Kevin J. Mangan (#3810)
                                            Womble Carlyle Sandridge & Rice, PLLC
                                            222 Delaware Avenue, Suite 1501
                                            Wilmington, DE 19801
                                            (302) 252-4340

                                            And

                                            Charles R. Penot, Jr.
                                            Middleberg Riddle & Gianna
                                            201 St. Charles Avenue, 31st Floor
                                            New Orleans, LA 70170
                                            (504) 525-7200

                                            Joseph B. C. Kluttz
                                            Kennedy Covington
                                            Hearst Tower, 47th Floor
                                            214 North Tryon Street
                                            Charlotte, NC  28202
                                            (704) 331-7485

WCSR  3680533v2