IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ORION REFINING CORPORATION, | : | Case No. 03-11483 (MFW) |
| Debtor. | : | |
| FLUOR ENTERPRISES, INC., | : | Civil Action No. 07-520*** |
| Appellant | : | |
| v. | : | |
| CYPRESS ASSOCIATES, LLC, AS ORC DISTRIBUTION TRUST REPRESENTATIVE, | : | |
| Appellee. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the firm of Morris, Nichols, Arsht & Tunnell LLP is no longer counsel for Cypress Associates, LLC, as the representative of the ORC Distribution Trust, and hereby withdraws their appearance in the above-captioned case and requests removal from any service lists maintained in connection with the above-captioned appeal.

PLEASE TAKE FURTHER NOTICE that Greenberg Traurig, LLP has been substituted as counsel for Cypress Associates, LLC, as the representative of the ORC Distribution Trust and hereby requests copies of all notices and pleadings given or filed in the above-captioned appeal to be served upon the following:

| Victoria W. Counihan, Esq.<br>counihanv@gtlaw.com<br>Dennis A. Meloro, Esq.<br>melorod@gtlaw.com<br>The Nemours Building<br>1007 North Orange Street<br>Suite 1200<br>Wilmington, DE 19801<br>302-661-7000<br>Fax: 302-661-7360 | Joseph P. Davis, III, Esq.<br>davisjo@gtlaw.com<br>Courtney Worcester, Esq.<br>worcesterc@gtlaw.com<br>One International Place<br>Boston, MA 02110<br>617-310-6000<br>Fax: 617-310-6001 | Nancy A. Mitchell, Esq.<br>mitchelln@gtlaw.com<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>212-801-9200<br>Fax: 212-801-6400 |

Dated: September 26, 2007

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ Donna L. Culver<br>William H. Sudell, Jr. (No. 463)<br>Donna L. Culver (No. 2983)<br>Thomas W. Briggs, Jr. (No. 4076)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200 | /s/ Dennis A. Meloro<br>Victoria W. Counihan (No. 3488)<br>Dennis A. Meloro (No. 4435)<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7000 |