IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ORION REFINING CORPORATION | ) | Case No. 03-11483 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| CYPRESS ASSOCIATES, LLC as ORC DISTRIBUTION TRUST REPRESENTATIVE, | ) ) ) | C.A. Nos. 07-510 and 07-520 (UNA) |
| | ) | **Re:  Docket Nos. 4 and 5** |
| Appellant/Cross-Appellee. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FLUOR ENTERPRISES, INC., | ) | |
| | ) | |
| Appellee/Cross-Appellant. | ) | |

**STIPULATION TO FURTHER EXTEND TIME TO RESPOND
TO MOTION OF APPELLANT/CROSS-APPELLEE CYPRESS ASSOCIATES, LLC, AS
ORC DISTRIBUTION TRUST REPRESENTATIVE TO STAY APPELLATE
PROCEEDINGS PENDING DISPOSITION BY THE BANKRUPTCY COURT OF
MOTION FOR RECONSIDERATION AND FURTHER PROCEEDINGS REGARDING
THE REQUEST OF APPELLEE/CORRS-APPELLANT FLUOR ENTERPRISES, INC.
<u>FOR AN AWARD OF PRE-JUDGMENT INTEREST AND ATTORNEYS' FEES</u>**

It is hereby stipulated and agreed by and among the Appellant/Cross-Appellee, Cypress Associates, LLC, as ORC Distribution Trust Representative ("ORC") and Appellee/Cross-Appellant, Fluor Enterprises, Inc. ("Fluor") that Fluor shall have until October 5, 2007 at 4:00 p.m. to respond to the Motion of Appellant/Cross-Appellee Cypress Associates, LLC, as ORC Distribution Trust Representative to Stay Appellate Proceedings Pending Disposition by the Bankruptcy Court of Motion for Reconsideration and further Proceedings Regarding the Request of Appellee/Cross-Appellant Fluor Enterprises, Inc. for an Award of Pre-Judgment Interest and

Attorneys' Fees (the "Motion") filed in the above captioned cases (D.I. 4 and 5)

DATED: September 26 2007

/s/ Kevin J. Mangan
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

And

Charles R. Penot, Jr.
Middleberg Riddle & Gianna
201 St. Charles Avenue, 31st Floor
New Orleans, LA 70170
(504) 525-7200

Joseph B. C. Kluttz
Kennedy Covington
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202
(704) 331-7485

Attorneys for Appellee/Cross-Appellant

And

/s/ Dennis A. Meloro
Dennis A. Meloro (#4435)
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Ste. 1200
Wilmington, DE 19801
(302) 661-7000

Attorneys for Appellant/Cross-Appellee