IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ORION REFINING COPORATION, ) | Case No. 03-11483 (MFW) |
| ) | (Jointly Administered) |
| ) | Adv. No. 04-52447 |
| Debtor. ) | |
| ) | |
| FLUOR ENTERPRISES INC, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civ. No. 07-520-SLR |
| ) | |
| CYPRESS ASSOCIATES LLC, ) | |
| ) | |
| Appellee. ) | |

**ORDER**

At Wilmington this 21st day of July, 2008, there having been no activity in the above-captioned case since February 1, 2008;

IT IS ORDERED that, on or before **August 28, 2008**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge